JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
AMELIA Blume and Ivan Blume, as hlw

**DEFENDANTS**
Priorities for Her, Inc., et al

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Bucks**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
JEFFREY M. ROSENBAUM, ESQ. ROSENBAUM & ASSOC., 1818 MARKET ST,, STE 3200, PHILA, PA

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - | 690 Other | 423 Withdrawal | 376 Qui Tam (31 USC |
| 130 Miller Act | 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| 140 Negotiable Instrument | Liability | 367 Health Care/ | | | 400 State Reapportionment |
| 150 Recovery of Overpayment | 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL** | 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 151 Medicare Act | 330 Federal Employers' | Product Liability | | 820 Copyrights | 450 Commerce |
| 152 Recovery of Defaulted | Liability | 368 Asbestos Personal | | 830 Patent | 460 Deportation |
| Student Loans | 340 Marine | Injury Product | | 835 Patent - Abbreviated | 470 Racketeer Influenced and |
| (Excludes Veterans) | 345 Marine Product | Liability | | New Drug Application | Corrupt Organizations |
| 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | 840 Trademark | 480 Consumer Credit |
| of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle | 371 Truth in Lending | 710 Fair Labor Standards | Act of 2016 | 485 Telephone Consumer |
| 190 Other Contract | Product Liability | 380 Other Personal | Act | | Protection Act |
| 195 Contract Product Liability | 360 Other Personal | Property Damage | 720 Labor/Management | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise | Injury | 385 Property Damage | Relations | 861 HIA (1395ff) | 850 Securities/Commodities/ |
| | 362 Personal Injury - | Product Liability | 740 Railway Labor Act | 862 Black Lung (923) | Exchange |
| | Medical Malpractice | | 751 Family and Medical | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Leave Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 790 Other Labor Litigation | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | 791 Employee Retirement | | 895 Freedom of Information |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate | Income Security Act | **FEDERAL TAX SUITS** | Act |
| 240 Torts to Land | 443 Housing/ | Sentence | | 870 Taxes (U.S. Plaintiff | 896 Arbitration |
| 245 Tort Product Liability | Accommodations | 530 General | | or Defendant) | 899 Administrative Procedure |
| 290 All Other Real Property | 445 Amer. w/Disabilities - | 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party | Act/Review or Appeal of |
| | Employment | **Other:** | 462 Naturalization Application | 26 USC 7609 | Agency Decision |
| | 446 Amer. w/Disabilities - | 540 Mandamus & Other | 465 Other Immigration | | 950 Constitutionality of |
| | Other | 550 Civil Rights | Actions | | State Statutes |
| | 448 Education | 555 Prison Condition | | | |
| | | 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 28 Sec 1391(a)(2)

Brief description of cause:
Slip and fall on premises

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** in excess of 75k

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE **11/13/25**

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: _24 North State Street, Newtown, PA_

---

***RELATED CASE IF ANY:*** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit?                                    Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?    Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?  Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?  Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply?         Yes ☐
   If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief **\*see certification below\***
- ☐ 16. All Other Federal Question Cases. *(Please specify):*_____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☒ 6. Other Personal Injury *(Please specify):* _Slip/Fall_
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐   Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☒   None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY M. ROSENBAUM, ESQUIRE
1818 Market Street, Suite 3200
Philadelphia, PA 19103
(215)569-0200

| | |
|---|---|
| AMELIA BLUME and IVAN BLUME, as h/w : | |
| 371 Peter Avenue : | |
| Staten Island, NY 10306 : | |
| : | MAJOR JURY DEMAND |
| Plaintiffs : | |
| vs. : | |
| : | NO. |
| PRIORITIES FOR HER, INC. : | |
| 24 North State Street, Suite 4 : | |
| Newtown, PA 18940 : | |
| and : | |
| 24 NORTH STATE, LLC : | |
| 16 South State Street : | |
| Newtown, PA 18940 : | |
| : | |
| : | |
| Defendants : | |

### CIVIL ACTION-PREMISES LIABILITY

### JURISDICTION AND VENUE

1. The plaintiffs, Amelia Blume and Ivan Blume, are husband and wife and citizens of the State of New York, with their domicile being 371 Peter Avenue, Staten Island, NY 10306.

2. The defendant, Priorities for Her, Inc., is a Pennsylvania corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a principal place of business at 24 North State Street, Suite 4, Newtown, PA 18940.

3. The defendant, 24 North State, LLC, is a Pennsylvania corporation, limited liability company, partnership or fictitious name of an individual or individuals, with a principal place of business at 16 South State Street, Newtown, PA 18940.

4. The jurisdiction of the court is hereby invoked pursuant to United States Code, Title 28, Sec. 1332, which states that the District Court shall have original jurisdiction of all civil actions wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5. Venue is sought in the United States District Court of the Eastern District of Pennsylvania pursuant to United States Code, Federal Statute, Title 28, Sec. 1391(a)(2), which states that a civil action wherein jurisdiction is founded on diversity of citizenship may, except as otherwise provided by law, be brought in the judicial district where a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

6. At all times relevant hereto, the defendants were acting through their agents, servants and/or employees within the course and scope of their employment, and the doctrine of <u>Respondeat Superior</u> is invoked herein.

7. At all times relevant hereto all defendants were acting as the agents, servants, workmen and/or employees of all other named defendants.

## <u>STATEMENT OF CLAIM</u>

8. At all times relevant hereto, defendants had under their care, direction, supervision, control and maintenance the premises and steps at Priorities for Her, 24 North State Street, Newtown, Pennsylvania, and it was the defendants' duty to keep and

maintain said premises and steps in a reasonably safe condition.

9. On or about the 23rd day of November, 2024, at approximately 2:30 p.m., a dangerous, negligent and/or defective condition existed on the premises and steps as aforesaid and defendants knew or should have known of the existence of same.

10. On the aforesaid date and time, the plaintiff, Amelia Blume, was lawfully walking on the steps of the aforesaid premises, when by reason of the negligence of the defendants, the plaintiff was caused to trip, slip, stumble and/or fall due to the dangerous and defective condition of the steps, a result of which caused plaintiff to sustain serious and severe injuries as more fully set forth herein.

11. The defendants knew or should have known of the existence of the hazardous and dangerous condition on the aforesaid premises and pallet.

12. The carelessness and/or negligence of the defendants consisted of the following:

   a. Failing to maintain said premises and steps in a safe and reasonable condition for persons such as the plaintiff using said premises and steps;

   b. Failing to reasonably inspect said premises and steps to ascertain the existence of the negligent condition when defendants knew or should have known of the existence of said negligent condition;

   c. Failing to warn persons on the premises of the negligent and/or defective condition;

   d. Failing to properly and adequately repair said premises and steps;

   e. Failing to inspect and maintain said premises and steps;

   f. Failing to promptly and carefully post warning signs and/or post notices to warn persons of the defective condition;

   g. Failing to properly supervise persons maintaining defendants' premises; and,

   h. Failing to respond to requests to remedy said defective condition.

<u>COUNT I</u>

<u>PLAINTIFF, AMELIA BLUME, vs. ALL DEFENDANTS</u>

13.    The plaintiff, Amelia Blume, hereby incorporates by reference herein the allegations contained in the preceding paragraphs of this Complaint as though same were fully set forth at length herein.

14.    Solely because of the negligence of the defendants acting as aforesaid, the plaintiff was caused to sustain serious physical injury in and about the person, including but not limited to plaintiff's feet and ankles, as well as a severe shock to the nerves and nervous system and was or may have been otherwise injured, whereby plaintiff has suffered and may continue to suffer in the future and/or may be permanent.

15.    The plaintiff may have sustained other injuries and pre-existing conditions may have been aggravated.

16.    The plaintiff avers that some or all of the injuries sustained may be or are of a permanent nature and character.

17.    As a further result of the aforesaid accident, plaintiff has been unable in the past, and is likely to continue to be unable in the future, to attend to plaintiff's usual duties, activities, vocations and avocations, all to plaintiff's great financial loss and detriment.

18.    As a further result of the aforesaid accident and resultant injuries, plaintiff has expended and is in the future likely to expend substantial sums of monies for the care, treatment and attempted cure of plaintiff's injuries, all to plaintiff's great financial loss and detriment.

19.  As a further result of the aforesaid accident and resultant injuries, plaintiff has been caused to undergo in the past and is likely to undergo in the future, severe pain, suffering, inconvenience and embarrassment, all to plaintiff's great financial loss and detriment.

   **WHEREFORE,** plaintiff, Amelia Blume, demands judgment against the defendants, Priorities for Her, Inc. and 24 North State, LLC, in a sum in excess of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS.

## COUNT II

### PLAINTIFF, IVAN BLUME, vs. ALL DEFENDANTS

20.  The plaintiff, Ivan Blume, hereby incorporates by reference herein the allegations contained in the preceding paragraphs of this Complaint as though same were fully set forth at length herein.

21.  Plaintiff avers that he is the spouse of plaintiff, Amelia Blume.

22.  As a result of the aforementioned occurrence, said plaintiff has been and may in the future be required to expend various sums of money for medical services, medicines and/or x rays in an effort to treat and cure the spouse of the injuries sustained in the occurrence and has incurred or may incur other losses for which plaintiff is entitled to be compensated.

23.  Further, by reason of the aforesaid, said plaintiff has been deprived of the assistance and society of the spouse, all of which has been to the great financial damage and loss of plaintiff.

   **WHEREFORE,** plaintiff, Ivan Blume, demands judgment against the

defendants, Priorities for Her, Inc. and 24 North State, LLC, in a sum in excess of

SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS.


ROSENBAUM AND ASSOCIATES, P.C.


By:_____

JEFFREY M. ROSENBAUM, ESQUIRE
Attorney for Plaintiffs

DATE: